**FILED**

NOV 2 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



# United States District Court
# For the District of Columbia

| | | | |
|---|---|---|---|
| JUDICIAL WATCH, INC. | ) | CASE NUMBER  1:06CV02034 | |
| | ) | | |
| vs  Plaintiff | ) Civil | JUDGE: Richard W. Roberts | |
| | ) | DECK TYPE: FOIA/Privacy Act | |
| SOCIAL SECURITY ADMINISTRATION | ) | DATE STAMP: 11/29/2006 | |
| Defendant | ) | | |

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __JUDICIAL WATCH, INC.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __JUDICIAL WATCH, INC.__ which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_(signature)_
Signature

__429716__
BAR IDENTIFICATION NO.

Paul J. Orfanedes
Print Name

__501 School Street, SW, Suite 500__
Address

__Washington    DC            20024__
City            State         Zip Code

__(202) 646-5172__
Phone Number

2