```
                   UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF COLUMBIA
_____
                              )
JUDICIAL WATCH, INC.,         )
                              )
     Plaintiff,               )
                              )
v.                            ) Civil Action No. 06-2034 RWR
                              )
SOCIAL SECURITY ADMINIS-      )
TRATION,                      )
                              )
     Defendant.               )
_____)
```

### ANSWER

Defendant, the Social Security Administration, by its undersigned counsel, hereby answers the complaint as follows:

### FIRST DEFENSE

The information that plaintiff seeks in this Freedom of Information Act ("FOIA") case is tax return information that is prohibited from disclosure under 26 U.S.C. § 6103, except in limited circumstances that are not applicable in this case. This information is, therefore, exempt from disclosure under Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3).

### SECOND DEFENSE

Defendant hereby answers the numbered paragraphs of the complaint as follows:

Paragraph (¶) 1.  Admitted.

¶ 2.  Admitted.

¶ 3.  It is admitted that plaintiff is a non-profit organization; as to the other allegations of this paragraph,

defendant lacks knowledge or information sufficient to form a belief as to the truth of these allegations.

¶ 4.  The first two sentences are admitted.  As to the third sentence, defendant's "control" over the requested documents is subject to the statutory restrictions on their release.  Additionaly, it is not clear at this time whether defendant has in its possession documents that are maintained in the manner requested by plaintiff.

¶ 5.  Admitted.

¶ 6.  Admitted, except (a) that it is denied that the request for documents under the FOIA was erroneously denied and (b) that defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegation as to the date of plaintiff's receipt of defendant's letter.

¶ 7.  The first sentence is admitted.  The second sentence is plaintiff's characterization of the contents of a letter from it to defendant, and the Court is respectfully referred to that letter as the best evidence of its contents.  The third sentence is denied.

¶ 8.  Admitted, except that defendant denies that its denial was erroneous.

¶ 9.  Because the information sought by plaintiff is exempt from disclosure under 26 U.S.C. § 6103, defendant has not conducted a search to determine if it has in its possession documents that contain the information sought by plaintiff. Consequently, defendant lacks knowledge or information sufficient

to form a belief as to the truth of the allegation that defendant has possession of documents that are responsive to plaintiff's FOIA request.

¶ 10.  Defendant incorporates as a response to this paragraph its responses to ¶¶ 1 through 9 above.

¶ 11.  Denied.

The remainder of the complaint is plaintiff's request for relief, and defendant denies that plaintiff is entitled to any relief.

All allegations not expressly admitted or denied are denied.

WHEREFORE, defendant requests this Court to deny the plaintiff all relief requested, dismiss the complaint with prejudice, grant defendant such other relief as the Court deems appropriate, and award defendant the costs of this action.

    Respectfully submitted,

    JEFFREY A. TAYLOR, DC Bar#498610
    United States Attorney

    RUDOLPH CONTRERAS, D.C. Bar#434122
    Assistant United States Attorney
        /s/
    FRED E. HAYNES, DC Bar #165654
    Assistant United States Attorney
    555 4th Street, N.W., Room E-4110
    Washington, D.C. 20530
    (202) 514-7201