```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                              )
JUDICIAL WATCH, INC.,         )
                              )
     Plaintiff,               )
                              )
v.                            ) Civil Action No. 06-2034 RWR
                              )
SOCIAL SECURITY ADMINIS-      )
TRATION,                      )
                              )
     Defendant.               )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE ITS MOTION FOR SUMMARY JUDGMENT

This is a Freedom of Information case in which Defendant's motion for summary judgment, with accompanying declarations, is due April 9, 2007. Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has contacted plaintiff's counsel to determine his position on this motion. Plaintiff's counsel has consented to this motion.

Undersigned counsel will be unable to complete defendant's summary judgment motion in time for filing on April 9. Other litigation responsibilities, which have included discovery matters and motions practice both in the District Court and in the Court of Appeals, have prevented him from working full-time on the dispositive motion in this case and he will be out of the Office this Friday due to the Easter Celebration. The additional time is, therefore, needed.

Attached hereto is a draft order reflecting the requested

relief.

                        Respectfully submitted,

                        JEFFREY A. TAYLOR, D.C. Bar #498610
                        United States Attorney

                        RUDOLPH CONTRERAS, D.C. Bar #434122
                        Assistant United States Attorney
                                /s/
                        FRED E. HAYNES, D.C. Bar#165654
                        Assistant United States Attorney

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
JUDICIAL WATCH, INC.,         )
                              )
     Plaintiff,               )
                              )
v.                            )  Civil Action No. 06-2034 RWR
                              )
SOCIAL SECURITY ADMINIS-      )
TRATION,                      )
                              )
     Defendant.               )
_____)
```

ORDER

Upon consideration of the consent motion by the defendant for an extension of time to file defendant's motion for summary judgment in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including April 16, 2007, to file its motion for summary judgment.


                              UNITED STATES DISTRICT JUDGE

Copies to all counsel of record