UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
JUDICIAL WATCH, INC.,         )
                              )
     Plaintiff,               )
                              )
v.                            )  Civil Action No. 06-2034 RWR
                              )
SOCIAL SECURITY ADMINIS-      )
TRATION,                      )
                              )
     Defendant.               )
_____)
```

### CONSENT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ITS MOTION FOR SUMMARY JUDGMENT

This is a Freedom of Information case in which defendant's motion for summary judgment, with accompanying declarations, was originally due April 9, 2007. Defendant previously filed a consent motion to move the due date to April 16. By this motion, defendant seeks a two-day further extension of time to April 18. Plaintiff's counsel has consented to this motion.

The preparation of the summary judgment motion has taken longer than anticipated. Despite working substantial overtime over the weekend, undersigned counsel now anticipates that the motion will be finished this evening. However, the motion needs to be reviewed by several persons, so an extension to Wednesday, April 18, is needed.

Attached hereto is a draft order reflecting the requested

relief.

        Respectfully submitted,

        JEFFREY A. TAYLOR, D.C. Bar #498610
        United States Attorney

        RUDOLPH CONTRERAS, D.C. Bar #434122
        Assistant United States Attorney
            /s/
        FRED E. HAYNES, D.C. Bar#165654
        Assistant United States Attorney

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2034 RWR |
| SOCIAL SECURITY ADMINIS-TRATION, | ) |
| Defendant. | ) |

ORDER

Upon consideration of the consent motion by the defendant for a further extension of time to file defendant's motion for summary judgment in this case, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to and including April 18, 2007, to file its motion for summary judgment.

UNITED STATES DISTRICT JUDGE

Copies to all counsel of record