**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| JUDICIAL WATCH, INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-2034 RWR |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMINISTRATION | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Meredith L. Di Liberto of Judicial Watch, Inc. hereby

enters her appearance on behalf of Plaintiff in the above-captioned matter.

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/Meredith L. Di Liberto
D.C. Bar No. 487733
Suite 500
501 School Street, S.W.
Washington, DC 20024
(202) 646-5172

Attorneys for Plaintiff