```
                UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
_____
                                )
JUDICIAL WATCH, INC.,           )
                                )
      Plaintiff,                )
                                )
v.                              )  Civil Action No. 06-2034 RWR
                                )
SOCIAL SECURITY ADMINIS-        )
TRATION,                        )
                                )
      Defendant.                )
_____)
```

CONSENT MOTION FOR EXTENSION OF TIME
FOR DEFENDANT TO FILE ITS OPPOSITION TO
<u>PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT</u>

This is a Freedom of Information Act case in which defendant's opposition to plaintiff's motion for summary judgment is due today (June 7, 2007). Undersigned counsel (Fred E. Haynes) primarily responsible for this case for defendant has not been able to prepare the opposition in time for filing today due to other litigation commitments, including a series of depositions this week and next week in a discrimination lawsuit and other motions practice in this Court and in the Court of Appeals. Consequently, undersigned counsel needs an extension of time to June 18, 2007, to prepare the opposition. Plaintiff's counsel has consented to this motion, which also seeks to extend plaintiff's time to file its reply memorandum to July 2, 2007.

Attached is a draft order reflecting the requested relief.

Respectfully submitted,

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

```
                    RUDOLPH CONTRERAS, D.C. Bar #434122
                    Assistant United States Attorney
                              /s/
                    FRED E. HAYNES, D.C. Bar#165654
                    Assistant United States Attorney
                    555 4th Street, N.W., Room E-4110
                    Washington, D.C. 20530
                    202.514.7201
```

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                            )
JUDICIAL WATCH, INC.,       )
                            )
     Plaintiff,             )
                            )
v.                          ) Civil Action No. 06-2034 RWR
                            )
SOCIAL SECURITY ADMINIS-    )
TRATION,                    )
                            )
     Defendant.             )
_____)
```

ORDER

Upon consideration of the consent motion by the defendant for an extension of time to file its opposition to plaintiff's cross-motion for summary judgment and to file its reply in support of its motion for summary judgment, it is this _____ day of _____, 2007,

ORDERED that the motion is granted; and it is further

ORDERED that defendant shall have to June 18, 2007, to file its opposition to plaintiff's cross-motion for summary judgment and its reply in support of its motion for summary judgment; and it is further

ORDERED that plaintiff shall have to July 2, 2007, to file its reply memorandum in support of its cross-motion for summary judgment.

                              UNITED STATES DISTRICT JUDGE

Copies to all counsel of record