UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-2034 RWR |
| SOCIAL SECURITY ADMINIS-TRATION, | ) |
| Defendant. | ) |

NOTICE ON CONSENT OF REVISED DATES FOR
FILING BRIEFS RELATING TO THE PARTIES'
CROSS-MOTIONS FOR SUMMARY JUDGMENT

Under the existing filing schedule, defendant's opposition to plaintiff's cross-motion for summary judgment, and its reply memorandum in support of its motion for summary judgment, is due today (June 18, 2007). Because undersigned counsel (Fred E. Haynes) has been unable to prepare defendant's brief, due to other litigation responsibilities, the parties have agreed to the following new schedule: defendant's opposition to plaintiff's cross-motion for summary judgment and its reply memorandum in support of its motion for summary judgment will be filed by Wednesday, June 20; and plaintiff's reply memorandum in support of its cross-motion for summary judgment will be filed by July 10, 2007.

Respectfully submitted,
/s/
FRED E. HAYNES, D.C. Bar#165654
Assistant United States Attorney
555 4th Street, N.W., Room E-4110
Washington, D.C. 20530
202.514.7201