```
                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF COLUMBIA
                                      )
JUDICIAL WATCH, INC.,                 )
                                      )
      Plaintiff,                      )
                                      )
v.                                    ) Civil Action No. 06-2034 RWR
                                      )
SOCIAL SECURITY ADMINIS-              )
TRATION,                              )
                                      )
      Defendant.                      )
                                      )
```

NOTICE ON CONSENT OF FURTHER REVISED DATES
FOR FILING BRIEFS RELATING TO THE PARTIES'
<u>CROSS-MOTIONS FOR SUMMARY JUDGMENT</u>

Under the existing filing schedule, defendant's opposition to plaintiff's cross-motion for summary judgment, and its reply memorandum in support of its motion for summary judgment, is due today (June 19, 2007). Undersigned counsel (Fred E. Haynes) has been unable to complete defendant's brief in time for filing this evening because he had to be out of the office in the morning on a church project and because questions regarding the search made by the agency have arisen that needed clarification. The parties have agreed to the following new schedule: defendant's opposition to plaintiff's cross-motion for summary judgment and its reply memorandum in support of its motion for summary judgment will be filed by Thursday, June 21; and plaintiff's reply memorandum in support of its cross-motion for summary judgment will be filed by

July 11, 2007.

                         Respectfully submitted,
                                 /s/
                         FRED E. HAYNES, D.C. Bar#165654
                         Assistant United States Attorney
                         555 4th Street, N.W., Room E-4110
                         Washington, D.C. 20530
                         202.514.7201