UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 06-2034 RWR |
| SOCIAL SECURITY ADMINIS-TRATION, | ) |
|     Defendant. | ) |

REPLY MEMORANDUM IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant's reply memorandum in support of its motion for summary judgment appears at docket number 17, where the reply memorandum is combined with the memorandum in opposition to plaintiff's motion for summary judgment.

                                Respectfully submitted,
                                      /s/
                              FRED E. HAYNES, D.C. Bar#165654
                              Assistant United States Attorney