IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 06-2034 RWR |
| | ) | |
| v. | ) | |
| | ) | |
| SOCIAL SECURITY ADMIN., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**CONSENT NOTICE TO REVISE DATE FOR PLAINTIFF'S REPLY BRIEF**

Plaintiff Judicial Watch, Inc.'s reply brief in support of its cross-motion for summary judgment is currently due on Wednesday, July 11, 2007. Due to significant professional obligations in other cases, Judicial Watch requires an additional two weeks, until and including, Wednesday, July 25, 2007, in which to file its reply brief. Counsel for Defendant Social Security Administration has consented to this request.

July 9, 2007

Respectfully submitted,

JUDICIAL WATCH, INC.

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
Meredith L. Di Liberto
D.C. Bar No. 487733
501 School Street, S.W., Suite 500
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiffs*